United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-12126-mdc
Zero Marcell Oliphant                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2          Date Rcvd: Aug 16, 2016
                         Form ID: 138NEW     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
```
db         +Zero Marcell Oliphant,    3704 Lankenau Road,    Philadelphia, PA 19131-2817
cr          ECMC,   P.O. Box 75906,    St. Paul, MN 55175
12328530   +Allied Finance Co.,    P.O. Box 242,    Broomall, PA 19008-0242
12328532   +Beta Finance,    8450 S Broadway Pob 10705,    Merrillville, IN 46411-0705
12328541   +CVS/Caremark,    P.O. Box 94467,    Palatine, IL 60094-4467
12328533    Capital One,    P.O. Box 105131,    Atlanta, GA 30348-5131
12328534   +Capital One, N.A.,    Po Box 30273,    Salt Lake City, UT 84130-0273
12350511   +Citizens Bank,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
12328536   +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
12328539   +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
12481563    ECMC16408,    St. Paul, MN 55116-0408
12328543   +Glelsi/Goal Financial,    2401 International Ln,    Madison, WI 53704-3121
12426684    Great Lakes Educational Loan Services,    Attn Claims Filing Unit,    P O Box 8973,
             Madison, WI  53708-8973
12328544   +Hsbc/Saks,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
12328548   +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
12569980   +Pennsylvania Housing fin. Agency,    c/o Ann E. Swartz, Esquire,    701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
12424394   +Philadelphia Gas Works,    800 W Montgomery Ave, 3F,    Philadelphia, PA 19122-2898,
             Attn: Bankruptcy Unit
12328549  #+Schettine & Nguyen, PLC,    Attn: David J. Esposito, Esq.,    10 South 23rd Street,
             Richmond, VA 23223-7814
12328550   +Thd/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
12657894   +U.S. Bank National Assoc., as Trustee for PHFA,    211 North Front Street,
             Harrisburg, PA 17101-1406,    Attn: ALSV/Anne
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Aug 17 2016 02:16:21     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2016 02:15:17
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2016 02:16:05     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12425183   +E-mail/Text: ebn@ltdfin.com Aug 17 2016 02:14:56     Advantage Assets II, Inc.,
             7322 Southwest Frwy, Ste 1600,    Houston, TX 77074-2134
12349469    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2016 02:21:01
             American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
             Oklahoma City, OK  73124-8848
12328531    E-mail/Text: ADAMB@TMGFINANCIALSERVICES.COM Aug 17 2016 02:15:44     Atiracredit Mastercard,
             P.O. Box 10415,    Des Moines, IA 50306-0415
12434826    E-mail/Text: legal-compliance@directbuy.com Aug 17 2016 02:14:40     Beta Finance Co.,
             PO Box  6000,    Crown Point, IN  46308
12468066    E-mail/Text: bankruptcy@phila.gov Aug 17 2016 02:16:21     City of Philadelphia,
             SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
             1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12328535   +E-mail/Text: tuscolsup@fisglobal.com Aug 17 2016 02:16:51
             Certegy Payment Recovery Services, Inc.,    11601 Roosevelt Blvd.,
             Saint Petersburg, FL 33716-2202
12328537    E-mail/Text: apotter@philapark.org Aug 17 2016 02:16:57     City of Philadelphia,
             Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
12328540   +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 17 2016 02:16:59
             Credit Collection Services,    Two wells Avenue,    Dept. 9134,    Newton Center, MA 02459-3225
12328542    E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2016 02:11:55     Gemb/Ge Money Bank Low,
             Po Box 103065,    Roswell, GA 30076
12328545   +E-mail/Text: ebn@ltdfin.com Aug 17 2016 02:14:56     Ltd Financial Svcs Lp,
             7322 Southwest Fwy Ste 1,    Houston, TX 77074-2010
12429556    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2016 02:28:00
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12328547   +E-mail/Text: blegal@phfa.org Aug 17 2016 02:15:45     Pa Housing Finance Age,    211 N Front St,
             Harrisburg, PA 17101-1406
12448655    E-mail/Text: ebn@vativrecovery.com Aug 17 2016 02:14:55     Palisades Acquisition IX  LLC,
             Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX LL,
             PO Box 40728,    Houston, TX  77240-0728
12328551   +E-mail/Text: ADAMB@TMGFINANCIALSERVICES.COM Aug 17 2016 02:15:43     Tmg Financial Services,
             1500 Nw 118th St,    Des Moines, IA 50325-8242
                                                                                              TOTAL: 17
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Aug 16, 2016
                               Form ID: 138NEW              Total Noticed: 37
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12328538*     +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
               Philadelphia, PA 19101-1818
12424395*     +Philadelphia Gas Works,    800 W Montgomery Ave, 3F,    Philadelphia, PA 19122-2898,
               Attn: Bankruptcy Unit
12328546    ##+National Financial Group,    6110 Executive Blvd., Suite 100,    Rockville, MD 20852-3928
                                                                                        TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Pennsylvania Housing Finance Agency, as Servicer
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              DAVID M. OFFEN    on behalf of Debtor Zero Marcell Oliphant dmo160west@gmail.com,
               davidoffenecf@gmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency, as Servicer
               lhaller@pkh.com, dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               lhaller@pkh.com, dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Zero Marcell Oliphant

        Debtor(s)                                     Bankruptcy No: 11−12126−mdc

                                                                       Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                                         For The Court

                                                                         Timothy B. McGrath
                                                                         Clerk of Court

Dated: 8/16/16

                                                                                                  79 − 78
                                                                                        Form 138_new