United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Zero Marcell Oliphant  
    Debtor

Case No. 11-12126-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 23, 2016  
                         Form ID: 195       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.  
db          +Zero Marcell Oliphant,    3704 Lankenau Road,    Philadelphia, PA 19131-2817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...  
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        ANN E. SWARTZ    on behalf of Creditor    Pennsylvania Housing Finance Agency, as Servicer  
         ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...  
         ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        DAVID M. OFFEN    on behalf of Debtor Zero Marcell Oliphant dmo160west@gmail.com,  
         davidoffenecf@gmail.com  
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency, as Servicer  
         lhaller@pkh.com, dmaurer@pkh.com  
        LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...  
         lhaller@pkh.com, dmaurer@pkh.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                            TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Zero Marcell Oliphant : Case No. 11−12126−mdc
      Debtor(s)

### ORDER
_____

AND NOW, this day , 23rd day of September, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

82
Form 195