United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-12126-mdc
Zero Marcell Oliphant                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Mar 27, 2017
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db        +Zero Marcell Oliphant,    3704 Lankenau Road,    Philadelphia, PA 19131-2817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor    Pennsylvania Housing Finance Agency, as Servicer
           ecfmail@mwc-law.com,  ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           ecfmail@mwc-law.com,  ecfmail@mwc-law.com
          DAVID M. OFFEN    on behalf of Debtor Zero Marcell Oliphant dmo160west@gmail.com,
           davidoffenecf@gmail.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           lhaller@pkh.com,  dmaurer@pkh.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency, as Servicer
           lhaller@pkh.com,  dmaurer@pkh.com
          THOMAS R. WASKOM    on behalf of Creditor    Citizens Bank kbell@hunton.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| ZERO MARCELL OLIPHANT | : | Bankruptcy No. 11-12126 |
| | : | |
| | : | |
| Debtor | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **Citizens Bank**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 2-1 on the Claims Register forthwith**.

3. **Citizens Bank** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE

Dated: March 27, 2017